Juan Hernandez ELIZONDO, alias Antonio Martinez Hernandez

v.

STATE.

No. 29292.

Court of Criminal Appeals of Texas.

Nov. 27, 1957.

No attorney on appeal for appellant.

James S. Bates, Dist. Atty., Oscar B. McInnis, Asst. Dist. Atty., Edinburg, and Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

The offense is burglary of a private residence at night; the punishment, five years.

This is a companion case to Hernandez v. State, Tex.Cr.App., 307 S.W.2d 88, and the facts are identical except that this appellant was the man found in the shack with the stolen property.

Our disposition of the Hernandez case is here controlling.

The judgment is affirmed.